CURTIS R. TINGLEY (SBN 112322)
*ctingley@tingleyllp.com*
KEVIN P. O'BRIEN (SBN 215148)
*kobrien@tingleyllp.com*
KEVIN W. ISAACSON (SBN 281067)
*kisaacson@tingleyllp.com*
TINGLEY PIONTKOWSKI LLP
10 Almaden Boulevard, Suite 430
San Jose, California 95113
Telephone: (408) 283-7000
Facsimile: (408) 283-7010

Attorneys for Defendants
NATHAN KENNEDY; JOSH BROWN;
KENNEDY MARKETING SYSTEMS, INC.;
REI EDUCATION COMPANY;
FUNNEL ARCHITECTS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| US TAX LIEN ASSOCIATION, LLC, <br><br> Plaintiff, <br><br> v. <br><br> KENNEDY MARKETING SYSTEMS, INC.; REI EDUCATION COMPANY; FUNNEL ARCHITECTS, LLC; NATHAN KENNEDY; and JOSH BROWN, <br><br> Defendants. | CASE NO. CV13-00619 CRB <br><br> **STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

WHEREAS, the Complaint in this action was filed in this Court on February 12, 2013.

WHEREAS, the Defendants filed their Answer to the Complaint on April 1, 2013.

WHEREAS, the Court set the Initial Case Management Conference for May 24, 2013, at 8:30 a.m., on April 9, 2013

WHEREAS, the parties have not previously requested any continuation or extension of time from the Court.

WHEREAS, the requested continuance will not affect any other scheduled dates.

14051B58.doc

**STIPULATION CONTINUING**
**CASE MANAGEMENT CONFERENCE**
**CASE NO. CV13-00619 CRB**

1   WHEREAS, the parties have agreed in principle to a settlement of the entire matter as to
2  all parties.

3   WHEREAS, the parties anticipate finalizing the settlement agreement and all
4  documentation within the next 30 days at which time the parties will request a stipulated
5  permanent injunction and dismissal of the entire action.

6   WHEREAS, the parties mutually agree to a continuation of the Case Management
7  Conference of 30 days to allow for the finalization of the settlement in order to increase judicial
8  efficiency.

9   THEREFORE, Plaintiff US TAX LIEN ASSOCIATION, LLC, and Defendants
10  NATHAN KENNEDY, JOSH BROWN, KENNEDY MARKETING SYSTEMS, INC., REI
11  EDUCATION COMPANY and FUNNEL ARCHITECTS, LLC, by and through their respective
12  counsel, do hereby STIPULATE and agree that the Initial Case Management Conference be
13  continued 30 days, from May 24, 2013, to a date convenient for the Court not earlier than
14  June 24, 2013.

15   IT IS SO STIPULATED.

16  Dated: May __23__, 2013                PILLSBURY WINTHROP SHAW PITTMAN

18                                         By:  */s/ Jenna F. Karadbil*
19                                             JENNA F. KARADBIL
                                               Attorneys for Plaintiff

21  Dated: May __23__, 2013                TINGLEY PIONTKOWSKI LLP

23                                         By:  */s/ Kevin W. Isaacson*
24                                             KEVIN W. ISAACSON
                                               Attorneys for Defendants

25   IT IS SO ORDERED.

26
27  Dated: May 23, 2013                    _____
                                           R. BREYER
                                           U.S. DISTRICT JUDGE

28  14051B58.doc                           - 2 -           STIPULATION CONTINUING
                                                           CASE MANAGEMENT CONFERENCE
                                                           CASE NO. CV13-00619 CRB

TINGLEY
PIONTKOWSKI LLP
ATTORNEYS AT LAW

IT IS SO ORDERED
Judge Charles R. Breyer