1  CURTIS R. TINGLEY (SBN 112322)
   *ctingley@tingleyllp.com*
2  KEVIN P. O'BRIEN (SBN 215148)
   *kobrien@tingleyllp.com*
3  KEVIN W. ISAACSON (SBN 281067)
   *kisaacson@tingleyllp.com*
4  TINGLEY PIONTKOWSKI LLP
   10 Almaden Boulevard, Suite 430
5  San Jose, California 95113
   Telephone:    (408) 283-7000
6  Facsimile:     (408) 283-7010

7  Attorneys for Defendants
   NATHAN KENNEDY; JOSH BROWN;
8  KENNEDY MARKETING SYSTEMS, INC.;
   REI EDUCATION COMPANY;
9  FUNNEL ARCHITECTS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| US TAX LIEN ASSOCIATION, LLC, | CASE NO. CV13-00619 CRB |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| KENNEDY MARKETING SYSTEMS, INC.; REI EDUCATION COMPANY; FUNNEL ARCHITECTS, LLC; NATHAN KENNEDY; and JOSH BROWN, | |
| Defendants. | |

WHEREAS, the Complaint in this action was filed in this Court on February 12, 2013.

WHEREAS, the Defendants filed their Answer to the Complaint on April 1, 2013.

WHEREAS, the Court set the Initial Case Management Conference for May 24, 2013, at 8:30 a.m., on April 9, 2013

WHEREAS, the parties have not previously requested any continuation or extension of time from the Court.

WHEREAS, the requested continuance will not affect any other scheduled dates.

14051B58.doc                               **STIPULATION CONTINUING
                                           CASE MANAGEMENT CONFERENCE
                                           CASE NO. CV13-00619 CRB**

TINGLEY
PIONTKOWSKI LLP
ATTORNEYS AT LAW

1  WHEREAS, the parties have agreed in principle to a settlement of the entire matter as to
2  all parties.

3  WHEREAS, the parties anticipate finalizing the settlement agreement and all
4  documentation within the next 30 days at which time the parties will request a stipulated
5  permanent injunction and dismissal of the entire action.

6  WHEREAS, the parties mutually agree to a continuation of the Case Management
7  Conference of 30 days to allow for the finalization of the settlement in order to increase judicial
8  efficiency.

9  THEREFORE, Plaintiff US TAX LIEN ASSOCIATION, LLC, and Defendants
10 NATHAN KENNEDY, JOSH BROWN, KENNEDY MARKETING SYSTEMS, INC., REI
11 EDUCATION COMPANY and FUNNEL ARCHITECTS, LLC, by and through their respective
12 counsel, do hereby STIPULATE and agree that the Initial Case Management Conference be
13 continued 30 days, from May 24, 2013, to a date convenient for the Court not earlier than
14 June 24, 2013.

15 IT IS SO STIPULATED.

16 Dated: May  23 , 2013                    PILLSBURY WINTHROP SHAW PITTMAN

18                                          By:  /s/ Jenna F. Karadbil
19                                               JENNA F. KARADBIL
                                                 Attorneys for Plaintiff

21 Dated: May  23 , 2013                    TINGLEY PIONTKOWSKI LLP

23                                          By:  /s/ Kevin W. Isaacson
24                                               KEVIN W. ISAACSON
                                                 Attorneys for Defendants

25 IT IS SO ORDERED.

26 Dated: May 23, 2013

                                            IT IS SO ORDERED
                                            Judge Charles R. Breyer
                                            CHARLES R. BREYER
                                            U.S. DISTRICT JUDGE

TINGLEY
PIONTKOWSKI LLP
ATTORNEYS AT LAW

14051B58.doc                          - 2 -              STIPULATION CONTINUING
                                                         CASE MANAGEMENT CONFERENCE
                                                         CASE NO. CV13-00619 CRB